[No. 54172-2-I. Division One. April 4, 2005.]

ALICE PADILLA ET AL., *Appellants*, v. MERCHANDISING INVENTIVES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-08363-3, Sharon S. Armstrong, J., entered March 26, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox, C.J., and Grosse, J.

[No. 54274-5-I. Division One. April 4, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARQUEL DIXON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07310-1, Charles W. Mertel, J., entered April 16, 2004. *Reversed* by unpublished per curiam opinion.

[No. 54401-2-I. Division One. April 4, 2005.]

BIWELL CONSTRUCTION, INC., *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-26166-1, Douglas D. McBroom, J., entered May 16, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 54580-9-I. Division One. April 4, 2005.]

TIM WATSON ET AL., *Appellants*, v. FOOTBALL NORTHWEST MANAGEMENT, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-23306-6, Palmer Robinson, J., entered January 28, 2004. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Schindler, JJ.